# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 10, 2013

No. 13-20295
Summary Calendar

Lyle W. Cayce
Clerk

FELICIA N. JONES,

Plaintiff–Appellant

v.

UNITED STATES POSTAL SERVICE,

Defendant–Appellee

Appeal from the United States District Court
for the Southern District of Texas
USDC 4:13-MC-718

Before REAVLEY, JONES, and PRADO, Circuit Judges.

PER CURIAM:[*]

Pending before the Court is Felicia Jones's appeal of the district court's denial of her Motion for Leave of Court to File Complaint/Motion. Based on Jones's brief, excerpts, and the applicable law, the district court's denial is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.